```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 20448
    ALMEATRA SMITH
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-8287


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/05/2008 and was not confirmed.

      The case was dismissed without confirmation 12/04/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
 SAXON MORTGAGE            CURRENT MORTG         .00           .00            .00
 SAXON MORTGAGE            MORTGAGE ARRE    19189.18           .00            .00
 SANTANDER CONSUMER USA    SECURED VEHIC         .00           .00            .00
 SANTANDER CONSUMER USA    UNSECURED        NOT FILED          .00            .00
 CRANDON EMERGENCY PHYSIC  UNSECURED        NOT FILED          .00            .00
 PREMIER BANKCARD          UNSECURED          222.54           .00            .00
 HSBC BANK NEVADA NA       UNSECURED         1477.68           .00            .00
 SAXON MORTGAGE SERVICES   MORTGAGE NOTI    NOT FILED          .00            .00
 JAMES P WOGNUM            DEBTOR ATTY           .00                          .00
 TOM VAUGHN                TRUSTEE                                            .00
 DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                              .00

 PRIORITY                                                 .00
 SECURED                                                  .00
 UNSECURED                                                .00
 ADMINISTRATIVE                                           .00
 TRUSTEE COMPENSATION                                     .00
 DEBTOR REFUND                                            .00
                            --------------    --------------
 TOTALS                               .00                 .00




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 20448 ALMEATRA SMITH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE